United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Petrona Jiminez-Mendez, | § § § § § § | |
| *Petitioner,* | § | |
| v. | § § § | Civil Action No. 4:26-cv-01910 |
| Randy Tate, et al., | § § § | |
| *Respondents.* | § § | |

## ORDER FOR STATUS REPORT

In this proceeding under 28 U.S.C. § 2241, Petitioner Petrona Jiminez-Mendez challenged her detention by Immigration and Customs Enforcement while removal proceedings were ongoing.  Dkt. 1.  At that time, Petitioner's appeal was pending before the Board of Immigration Appeals.  Dkt. 1 at 4. Subsequently, however, Petitioner withdrew her appeal.  *See* Dkt. 7 at 1. Respondents then filed a notice indicating that Petitioner was scheduled to be removed back to her home country of Guatemala on April 28, 2026.  Dkt. 8.

Neither side has filed any updates indicating whether Petitioner remains in Respondents' custody.  Yet Petitioner's removal to Guatemala would moot her requested relief.

It is therefore **ORDERED** that Respondents parties must file a status report by **May 26, 2026** stating whether Petitioner has been removed to Guatemala and, if so, when that removal occurred.

Signed on May 19, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge